NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: natalie.winslow@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Citibank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM PERNITZKE,<br><br>                    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., corporation; CHAN SIN YUNG, an individual; DOES 1-10; and ROES 1-10,<br><br>                    Defendants. | Case No. 2:24-cv-00347-JCM-NJK<br><br>**STIPULATION AND ORDER REGARDING RESPONSIVE PLEADING** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1   William Pernitzke and Citibank, N.A. hereby stipulate that Citibank's responsive pleading to
2 Pernitzke's complaint is due March 19, 2024, pursuant to the waiver of service filed in case no. A-
3 23-878165-C before this case was removed to federal court. ECF No. 1-1 at 8.
4   DATED February 21st, 2024.

| **AKERMAN LLP** | **THE LAW OFFICE OF COREY B. BECK, P.C.** |
|---|---|
| */s/ Donna M. Wittig* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Citibank, N.A.* | */s/ Corey B. Beck* <br> COREY B. BECK, ESQ. <br> Nevada Bar No. 5870 <br> 425 S. Sixth Street <br> Las Vegas, NV 89101 <br><br> *Attorney for William Pernitzke* |

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: February 22, 2024

{75082233;1}                                              2