NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: natalie.winslow@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PERNITZKE,<br><br>       Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., corporation; CHAN SIN YUNG, an individual; DOES 1-10; and ROES 1-10,<br><br>       Defendants. | Case No.: 2:24-cv-00347-JCM-NJK<br><br>**[ERRATA] STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Citibank, N.A. and plaintiff William Pernitzke stipulate Citi shall have up to and including April 19, 2024, to file its responsive pleading in this matter. The current deadline is March 19, 2024. Good cause exists to grant the requested extension so Citi and Pernitzke can continue to explore settlement and to allow Mr. Pernitzke time to determine whether an amendment to his pleading is needed based on certain discussions the parties have had to date. The parties resubmit this stipulation as an errata to their initial stipulation following the court's minute order. EFC No. 8.

. . .

. . .

. . .

. . .

{75559104;1}

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED March 20th , 2024.

| **AKERMAN LLP** | **THE LAW OFFICE OF COREY B. BECK, P.C.** |
|---|---|
| */s/ Donna M. Wittig* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for defendant Citibank, N.A* | */s/ Corey B. Beck* <br> COREY B. BECK, ESQ. <br> Nevada Bar No. 5870 <br> 425 South Sixth Street <br> Las Vegas, NV 89101 <br><br> *Attorneys for plaintiff William Pernitzke* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 21, 2024

{75559104;1}