NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: natalie.winslow@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PERNITZKE,<br><br>                    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., corporation; CHAN SIN YUNG, an individual; DOES 1-10; and ROES 1-10,<br><br>                    Defendants. | Case No.: 2:24-cv-00347-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Citibank, N.A. and plaintiff William Pernitzke stipulate Citi shall have up to and including May 3, 2024, to file its responsive pleading in this matter.  The current deadline is April 19, 2024.  Good cause exists to grant the requested extension so Citi and Pernitzke can continue to explore settlement.  The parties have had ongoing discussions and have exchange documents in furtherance of trying to resolve this matter and prefer to avoid additional costs if this matter can be resolved before Citi's responsive pleading is due.

. . .

. . .

. . .

. . .

. . .

1  This is the parties' second request for an extension of this deadline and is not intended to cause
2  any delay or prejudice to any party.
3  DATED April 17th, 2024.

| AKERMAN LLP | THE LAW OFFICE OF COREY B. BECK, P.C. |
|---|---|
| /s/ Donna M. Wittig | /s/ Corey B. Beck |
| NATALIE L. WINSLOW, ESQ. | COREY B. BECK, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 5870 |
| DONNA M. WITTIG, ESQ. | 425 South Sixth Street |
| Nevada Bar No. 11015 | Las Vegas, NV 89101 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for plaintiff William Pernitzke* |
| *Attorneys for defendant Citibank, N.A* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 18, 2024