NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: natalie.winslow@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PERNITZKE,<br><br>                              Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., corporation; CHAN SIN YUNG, an individual; DOES 1-10; and ROES 1-10,<br><br>                              Defendants. | Case No.:     2:24-cv-00347-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Citibank, N.A., by and through its attorneys Akerman LLP, and Plaintiff William Pernitzke, by and through his attorney Corey B. Beck, stipulate and agree that any and all claims against Citibank, N.A. are dismissed with prejudice, each party to bear its own fees and costs.

. . .

. . .

. . .

. . .

. . .

. . .

76777834;1

The parties further agree Citi's motion to compel arbitration, ECF No. 14, shall be denied as moot.

DATED June 13th, 2024.

| **The Law Office of Corey B. Beck, P.C.** | **Akerman LLP** |
|---|---|
| By:  /s/ Corey B. Beck<br>COREY B. BECK, ESQ.<br>Nevada Bar No. 5870<br>425 South Sixth Street<br>Las Vegas, NV 89101<br><br>*Attorneys for plaintiff William Pernitzke* | By: /s/ Donna M. Wittig<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for defendant Citibank, N.A.* |

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** June 17, 2024

76777834;1

2