UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIAM PERNITZKE, *et al.* | Case No. 2:24-cv-00347-JCM-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CITIBANK, N.A. *et al.*, | |
| Defendants. | |

This action was filed on 2/16/2024. The Court issued a notice of intent to dismiss Chan Sin Yung pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by 7/26/2024. (ECF No. 20) To date, no proof of service has been filed.

Accordingly, it is ordered, adjudged and decreed that this action is dismissed without prejudice.

DATED September 4, 2024.

_____
UNITED STATES DISTRICT JUDGE